# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

ROBERT J. QUICK, JR., :

    Plaintiff, :

vs. : CA 13-0356-KD-C

CAROLYN W. COLVIN, :
Acting Commissioner of Social Security,
    :
    Defendant.

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 11, 2014 is **ADOPTED** as the opinion of this Court.

**DONE** this 27th day of March 2014.

                    **s/ Kristi K. DuBose**
                    **KRISTI K. DuBOSE**
                    **UNITED STATES DISTRICT JUDGE**