# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

ROBERT J. QUICK, JR., :

    Plaintiff, :

vs. : CA 13-0356-KD-C

CAROLYN W. COLVIN, :
Acting Commissioner of Social Security,
                                                :

    Defendant.

## **ORDER**

After due and proper consideration of all portions of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 19, 2014 is **ADOPTED** as the opinion of this Court.

DONE this 8th day of July 2014.

                                              s/ Kristi K. DuBose
                                              KRISTI K. DuBOSE
                                              UNITED STATES DISTRICT JUDGE